**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

Plaintiff, 8:25-cr-00446 (AMN)

v.

MACKENZIE MITCHELL

Defendant.

**ORDER STAYING EXECUTION OF MAGISTATE JUDGE'S ORDER SETTING CONDITIONS OF RELEASE**

A motion having been filed on September 17, 2026 by the Government, Assistant United States Attorney Jeffrey C. Stitt, appearing and requesting a Stay Order of the Magistrate Judge's decision and order for release of Defendant Mackenzie Mitchell, as decided on September 16, 2026, pending review, appeal, and determination pursuant to Title 18, United States Code, Section 3145(a):

It is hereby **ORDERED** that the decision and order of the Magistrate Judge in the case *United States v. Mitchell*, No. 8:25-cr-00446-AMN-1, Dkt. No. 14 (N.D.N.Y. Sept. 16, 2026) releasing Defendant Mackenzie Mitchell is hereby immediately **STAYED** pending a review, appeal, and determination by this Court of the government's forthcoming motion; and

It is hereby **ORDERED** that the Government shall file, no later than **October 2, 2026**, its motion for revocation of the release order, a written transcript of all proceedings related to Defendant's release or detention, and any exhibits submitted at those proceedings, *see* N.D.N.Y. L.R. Crim. P. 59.1(a)(3), and

It is further **ORDERED** that Defendant shall respond to the Government's motion no later than **October 16, 2026**.

Dated: September 17, 2026

Anne M. Nardacci

Hon. Anne M. Nardacci
United States District Judge